# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEIGHSA WILSON,                              )
                                             )
      Plaintiff                         )
                                             )
      v.                                )  **Case No.: 2:11-cv-7822-ER**
                                             )
NCO FINANCIAL SYSTEMS, INC.,                 )
                                             )
      Defendant                         )

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the

dismissal with prejudice without cost to either party.


/S/ Ross S. Enders

Ross S. Enders, Esquire
Attorney ID: 89840
Sessions, Fishman, Nathan & Israel, LLC
200 Route 31 North, Suite 203
Flemington, NJ 08822
Phone: (908) 751-5941
Fax: (908) 751-5944
Email: renders@sessions-law.biz
Attorney for the Defendant

Date: June 6, 2012


/S/ Craig Thor Kimmel

Craig Thor Kimmel, Esquire
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

Date: June 6, 2012


BY THE COURT: *Approved;*

*6/6/12*

Honorable Eduardo C. Robreno